# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Nicole N. Marzio          CHAPTER 13

                Debtor(s)

                                      BKY. NO. 19-11510 JKF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of MTGLQ Investors, L.P. and index same on the master mailing list.

                                       Respectfully submitted,
                                       **/s/ Rebecca A. Solarz Esquire**
                                       Rebecca A Solarz, Esquire
                                       Kevin G. McDonald, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322