# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Nicole N. Marzio | | CHAPTER 13 |
| Debtor(s) | | |
| MTGLQ Investors, L.P. | Movant | |
| vs. | | NO. 19-11510 JKF |
| Nicole N. Marzio | | |
| Debtor(s) | | |
| Scott F. Waterman | Trustee | 11 U.S.C. Sections 362 and 1301 |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2020 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on January 27, 2020 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: May 12, 2020**

_____
United States Bankruptcy Judge.

cc: See attached service list

Nicole N. Marzio
522 Arbor Road
Lansdowne, PA 19050

Brad J. Sadek Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532