United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 19-11510-jkf
Nicole N Marzio                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore           Page 1 of 1          Date Rcvd: May 12, 2020
                              Form ID: pdf900           Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2020.
```
db             +Nicole N Marzio,    522 Arbor Road,    Lansdowne, PA 19050-3206
cr              MTGLQ Investors, L.P. c/o NewRez LLC DBA Shellpoin,    P.O. Box 10826,
                 Greenville, SC   29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 13 2020 03:39:02      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2020 03:38:49
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 13 2020 03:38:59      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 13 2020 03:47:54      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 4
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2020 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Nicole N Marzio brad@sadeklaw.com,    bradsadek@gmail.com
              KERI P EBECK    on behalf of Creditor    Specialized Loan Servicing, LLC, as Servicer for MTGLQ
               Investors, L.P. kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ Investors, L.P. c/o NewRez LLC DBA Shellpoint
               Mortgage Servicing bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
              SCOTT WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 8
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Nicole N. Marzio | | CHAPTER 13 |
| Debtor(s) | | |
| MTGLQ Investors, L.P. | | |
| Movant | | |
| vs. | | NO. 19-11510 JKF |
| Nicole N. Marzio | | |
| Debtor(s) | | |
| Scott F. Waterman | | |
| Trustee | | 11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, this _____ day of _____, 2020 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on January 27, 2020 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: May 12, 2020**

_____
United States Bankruptcy Judge.

cc: See attached service list

Nicole N. Marzio
522 Arbor Road
Lansdowne, PA 19050

Brad J. Sadek Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532