| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-11510-AMC

NICOLE N MARZIO
522 ARBOR ROAD
LANSDOWNE  PA    19050

Petition Filed Date: 03/12/2019
341 Hearing Date: 04/26/2019
Confirmation Date: 09/18/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/11/2019 | $385.00 | Monthly Plan P | 06/13/2019 | $385.00 | Monthly Plan P | 06/14/2019 | $385.00 | Monthly Plan P |
| 07/16/2019 | $472.00 | Monthly Plan P | 08/15/2019 | $472.00 | Monthly Plan P | 09/11/2019 | $472.00 | Monthly Plan P |
| 10/17/2019 | $472.00 | | 11/20/2019 | $472.00 | | 12/17/2019 | $472.00 | |
| 01/17/2020 | $472.00 | | 02/18/2020 | $472.00 | | 03/23/2020 | $472.00 | |
| 04/16/2020 | $472.00 | | 05/20/2020 | $472.00 | | 06/12/2020 | $472.00 | |

**Total Receipts for the Period:  $6,819.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $6,819.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | BRAD J SADEK ESQ<br>»» 006 | Attorney Fees | $2,190.00 | $2,190.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $1,974.44 | $0.00 | $1,974.44 |
| 2 | OSLA FOR US DEPT OF ED DIRECT LOANS<br>»» 002 | Unsecured Creditors | $16,431.62 | $0.00 | $16,431.62 |
| 3 | CAVALRY INVESTMENTS LLC<br>»» 003 | Unsecured Creditors | $2,093.22 | $0.00 | $2,093.22 |
| 4 | NEWREZ LLC  D/B/A<br>»» 004 | Mortgage Arrears | $22,593.96 | $3,993.18 | $18,600.78 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $1,674.99 | $0.00 | $1,674.99 |

**Chapter 13 Case No. 19-11510-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,819.00 | Current Monthly Payment: | $472.00 |
| Paid to Claims: | $6,183.18 | Arrearages: | $944.00 |
| Paid to Trustee: | $635.82 | Total Plan Base: | $28,059.00 |
| Funds on Hand: | $0.00 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.